(No. 1565—

LETTA EDWARDS, AND LIZZIE SIEPLE, EXECUTRICES OF THE LAST WILL AND TESTAMENT OF HOWARD W. NEWELL, Deceased, Claimants, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

C. W. MIDDLEKAUFF AND FRED S. SMITH, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON and CARL I. DIETZ, Assistant Attorneys General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

The claimant files this claim for damages to resident property in Mt. Carroll, Illinois, on account of the construction of a hard road in front of his residence. It is stipulated and agreed by both counsel for claimant and Attorney General for the State that the claimant is damaged to the amount of $750.00.

The court on said agreement of attorneys for claimant and defendant makes an award for claimant of $750.00.